UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JEFFREY A. WOOLDRIDGE, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Cause No. 4:08CV1465RWS |
| STEVE LARKINS, | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter is before me on a Report and Recommendation to dismiss Petitioner Jeffrey A Wooldridge's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Neither of the parties has filed an objection to this recommendation.

This matter was referred to United States Magistrate Judge Frederick R. Buckles for a Report and Recommendation pursuant to 28 U.S.C. § 636(b). Judge Buckles issued a Report and Recommendation on June 17, 2011 that recommended that the Petitioner's petition be dismissed. Judge Buckles recommended that found that Wooldridge's petition was untimely filed and that equitable tolling of the statute of limitations was not applicable to petitioner's case.

I granted Wooldridge's motion for an extension of time to respond to Judge Buckles Report and Recommendation by July 22, 2011. Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Buckles is **SUSTAINED, ADOPTED AND INCORPORATED** herein. Petitioner Jeffrey A. Wooldridge's petition for writ of habeas corpus pursuant to 28 U.S.C. §

2254 [#1] is **DISMISSED**.

**IT IS FURTHER ORDERED** that Terry Russell be substituted for Steve Larkins as respondent.

**IT IS FURTHER ORDERED** that Missouri Attorney General Chris Koster be added as a named respondent.

A separate judgment in accordance with this Memorandum and Order is entered this same date.

                                               RODNEY W. SIPPEL
                                               UNITED STATES DISTRICT JUDGE

Dated this 4th day of August, 2011.